# In the United States Court of Federal Claims

No. 18-1226C
(Filed: October 9, 2018)

```
*************************************
PERRY CAPITAL LLC,                  *
                                    *
            Plaintiff,              *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
*************************************
```

**ORDER**

     On October 5, 2018, the parties filed a joint motion to stay proceedings in this case pending a ruling on defendant's motion to dismiss in Fairholme Funds, Inc. v. United States, No. 13-465C, and the eleven related cases that have been coordinated with Fairholme Funds for briefing purposes.  The court **GRANTS** the motion to stay proceedings.  The parties shall file a joint status report suggesting further proceedings by **no later than fourteen days after the court issues a decision on defendant's motion to dismiss in Fairholme Funds.**

     **IT IS SO ORDERED.**

s/ Margaret M. Sweeney<br>
MARGARET M. SWEENEY<br>
Chief Judge